**Archie STURGILL, Petitioner,**

v.

**KERMIT COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 01–1109.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided July 13, 2001.

Archie Sturgill, petitioner pro se. Douglas Allan Smoot, Jackson & Kelly, Charleston, WV; Patricia May Nece, Edward Waldman, United States Department of Labor, Washington, DC, for respondents.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

PER CURIAM.

Archie Sturgill seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board.* See *Sturgill v. Kermit Coal Company*, No. 99–0676 BLA

---

* We have considered the recent revisions to the regulations implementing the Black Lung Benefits Act, *see* Regulations Implementing the Federal Coal Mine Health and Safety Act

(B.R.B. Dec. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

of 1969, as amended; 65 Fed. Reg. 79,919 (Dec. 20, 2000), and have determined the revisions do not affect the outcome of this case.